# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2196

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Elmer Duran-Varela, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: October 2, 2001
Filed: October 2, 2001

_____

Before LOKEN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Elmer Duran-Varela pleaded guilty to illegal reentry following deportation after conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a), and the district court[1] sentenced him to 41 months imprisonment and 3 years supervised release. On appeal, counsel moved to withdraw under Anders v. California, 386 U.S. 738 (1967), and filed a brief arguing that Duran-Varela should have received a downward departure because his previous aggravated felony conviction for aggravated battery was not serious.

---

[1]The HONORABLE RICHARD G. KOPF, Chief Judge, United States District Court for the District of Nebraska.

The district court's decision was clearly an exercise of discretion not to depart under the circumstances in this case. The court's decision is therefore unreviewable. See United States v. Orozco-Rodriguez, 220 F.3d 940, 942 (8th Cir. 2000).

Moreover, following our independent review, see Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we affirm and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.